UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANNER SHANE RUBLE,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FCI HERLONG, et al.,<br><br>Respondents. | No. 2:24-cv-3027-SCR<br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

By an order filed December 19, 2024, petitioner was directed to file an in forma pauperis affidavit or to pay the appropriate filing fee, within thirty days, or his habeas application would be dismissed. Although it appears from the file that petitioner's copy of the order was returned, petitioner was properly served. It is a litigant's responsibility to keep the court apprised of his current address at all times. L.R. 182(f). Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective. Despite petitioner failing to update the court with his new address, on January 24, 2024, the court again served petitioner at his new institution of incarceration with the December 19 order directing him to file an in forma pauperis affidavit or to pay the appropriate filing fee. The 30-day period set by the December 19 order has now expired, and petitioner has not responded to the court's order, has not filed an in forma pauperis affidavit, and has not paid the appropriate filing fee.

////

1

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court randomly assign this matter to a district court judge.

IT IS FURTHER RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty one days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: February 27, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE