1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    TANNER SHANE RUBLE,                      No.  2:24-cv-3027-WBS-SCR

12                    Petitioner,

13          v.                                 ORDER

14    WARDEN, FCI HERLONG, et al.,

15                    Respondent.

16

17          Petitioner, a federal prisoner proceeding pro se, filed an application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate

19    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On February 27, 2025, the magistrate judge filed findings and recommendations herein

21    which were served on petitioner and which contained notice to petitioner that any objections to

22    the findings and recommendations were to be filed within fourteen days.  Petitioner has not filed

23    objections to the findings and recommendations.

24          The court has reviewed the file and finds the findings and recommendations to be

25    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26    ORDERED that:

27          1.  The findings and recommendations (ECF No. 5) are adopted.

28          2.  This action is dismissed without prejudice.

                                                1

1        3.  The Clerk of Court shall close this case.

2

3   Dated:  March 31, 2025

4                                                    WILLIAM B. SHUBB
                                                     UNITED STATES DISTRICT JUDGE
5

6

7

8

9

10

11  Th/rubl3027.801.hc.CJRA

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2